IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLUWASOLA AJDAHUN,<br>    Petitioner | :<br>:<br>: |
| v. | : CIVIL NO. 1:11-CV-2005 |
| THE DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br>    Respondents | :<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 11th day of June, 2012, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Mannion (Doc. 9), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

1. The R&R (Doc. 9) is adopted.

2. Pursuant to Magistrate Judge Mannion's recommendation, the Petition (Doc 1) for Writ of Habeas Corpus is DISMISSED.

3. The Clerk of Court is directed to close this case.

          /s/ William W. Caldwell
          William W. Caldwell
          United States District Judge